Argued and submitted January 11, 1991, affirmed September 16, 1992

In the Matter of Tony Walsborn,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

Tony WALSBORN,
*Appellant.*

(9003-95611; CA A64635)

836 P2d 1378

Paul L. Breed, Portland, argued the cause and filed the brief for appellant.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Owenby*, 111 Or App 270, 826 P2d 51 (1992).